July 28, 2021

Submitted Via ECF

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

The application is GRANTED, and Plaintiff may proceed in this matter despite untimely service.  By **August 13, 2021**, Plaintiff shall file proof of service of the electronic summons issued at Docket Number 5.  No further extensions of the service deadline will be granted absent extraordinary circumstances.

SO ORDERED

Dated:  July 30, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *21 Civ. 2470 (LGS) Klein v. Saul*

Dear Judge Schofield:

    This office represents the Plaintiff in the following action against the Commissioner of Social Security filed on March 23, 2021 via ECF. Plaintiff's request for summons was rejected as deficient (Dkt. No. 2). In the Order filed on July 16, 2021 (Dkt. No. 3) it was requested that Plaintiff to show why this action should not be dismissed for failure to effect timely service on or by July 28, 2021.

    Plaintiff, represented by Counsel, filed the Summons and Complaint in this action via ECF and served the Defendant's by United States Postal Service to effect proper service upon the Commissioner on March 22, 2021. Plaintiff then re-filed the proposed Summons on July 16, 2021 (Dkt. No. 4) which was issued on July 19, 2021 (Dkt. No. 5).

    Attached is a copy of the letter mailed to the Defendant's in this action and an affidavit of service that service of process was made upon the parties timely. Plaintiff respectfully request that this action should not be dismissed for failure to effect timely services and that pursuant to Federal Rule of Civil Procedure 4(m) Plaintiff shows good for not dismissing this action.