UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTIAN P. KLEIN,

                        Plaintiff,            **STIPULATION AND ORDER**

          v.                                        1:21-cv-02470-DCF

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY[1],

                        Defendant.
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: New York, New York
       January 31, 2022

                                                DAMIAN WILLIAMS
                                                United States Attorney for the
                                                Southern District of New York
                                                *Attorney for Defendant*

                                By:  *s/ Emily M. Fishman*
                                      EMILY M. FISHMAN
                                      Special Assistant United States Attorney
                                      c/o Social Security Administration
                                      Office of the General Counsel
                                      26 Federal Plaza, Room 3904

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                                New York, NY 10278-0004
                                                Tel. (212) 264-2644
                                                emily.fishman@ssa.gov

Dated: New York, New York
        January 31, 2022

                                                PASTERNACK, TILKER, ZIEGLER, WALSH,
                                                STANTON & ROMANO, LLP
                                                *Attorney for Plaintiff*

                              By:    *s/ Christopher D. Latham*
                                                CHRISTOPHER D. LATHAM, ESQ.
                                                25 Newbridge Road
                                                Suite 203
                                                Hicksville, NY 11801
                                                516-471-1777
                                                Email: clatham@workerslaw.com

SO ORDERED.

Dated:   1/31/2022
         New York, New York

_____
Hon. Debra C. Freeman
United States Magistrate Judge